UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                          Criminal No. 09-cr-140-04-JL

<u>Frank Hahnl</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 90) filed by defendant is granted; no further continuances without a hearing at which all defense counsel must be present. As this motion was assented to by all co-defendants, their final pretrial and trial are also continued as follows:  Final Pretrial is rescheduled to February 18, 2010 at 2:00 PM; Trial is continued to the two-week period beginning March 2, 2010, 9:30 AM.

Defendant Hahnl shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

*Joe Laplante*

_____
Joseph N. Laplante
United States District Judge

Date:  January 15, 2010

cc:    Counsel of Record
       U. S. Probation
       U. S. Marshal